JOSEPH H. WOODCOCK, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— In an action for damages for personal injuries, plaintiff appeals from an order denying his motion for a preference. Order reversed on the facts, without costs, and motion granted, without costs, the case to be set for trial during the October, 1939, term of the court on a day to be fixed by the justice presiding in the calendar part thereof. In our opinion, in the exercises of sound discretion the preference should have been granted for the October, 1939, term. The plaintiff's age and physical condition warrant the granting of the preference. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

## (October 18, 1939.)

In the Matter of the Application of JOHN J. ABT for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of FRANCIS JOSEPH CUNNINGHAM for Admission to Practice as an Attorney and Counselor at Law. (From the State of Arizona.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of EDWARD A. KAPLAN for Admission to Practice as an Attorney and Counselor at Law. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

TOWN OF CORTLANDT, Appellant, v. VILLAGE OF PEEKSKILL and MYLE J. HOLLEY, President, and FOSTER H. BANKER and Others, Trustees, Constituting the Governing Board of the Said Village of Peekskill, Respondents.— Action for a declaratory judgment and to restrain the president and board of trustees of the village of Peekskill from conducting and holding an election for city officers in the year 1939, and for other relief. Judgment unanimously affirmed on the merits, without costs. No opinion. Leave to appeal to the Court of Appeals is hereby granted to appellant. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.